IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANNA SUE ERMAN                                       PLAINTIFF

v.                      No. 4:04CV00602 GH

PURDUE PHARMA COMPANY, AT AL.                    DEFENDANTS

## ORDER

Abbott's November 7th motion (#73) to withdraw its November 3rd motion to obtain a copy of the order of dismissal by the Court denying that November 3rd motion is hereby granted. Therefore, the November 3rd motion (#72) to obtain a copy of the order of dismissal is denied.

IT IS SO ORDERED this 9th day of November, 2006.

*George Howard Jr.*
UNITED STATES DISTRICT JUDGE